WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR2 Mortgage Pass-Through Certificates, Series 2007-BR2
09-77306

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In Re:

Bella Sposa, LLC

Debtor.

BK-09-29150-LBR

Date: 1/19/2010
Time: 1:30 pm

Chapter 11

**SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Secured Creditor Deutsche Bank National Trust Company, files this Supplement to Motion for Relief from Automatic Stay to include the following documents:

1) Assignment to the Deed of Trust.

WHEREFORE, Secured Creditor asks that the Court grants its motion for relief from the automatic stay.

DATED January 15, 2010

WILDE & ASOOCIATES

By /S/GREGORY L. WILDE

**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

Inst#:200909230003219 Fees:$15.00 N/C Fee:$0.00 09/23/2009 01:45:42 PM
Receipt#:67917 Requestor:FIDELITY NATIONAL DEFAULT SOLUTIONS Recorded By:MGM
Pgs:2 DEBBIE CONWAY CLARK COUNTY RECORDER

APN 163-05-711-026

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO
Old Republic
Default Management Services
P.O. Box 250
Orange, CA 92856-6250

Title Order No. 090219664 Trustee Sale No. 09-21351 Loan No. 0326124088
APN 163-05-711-026

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to **Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR2 Mortgage Pass-Through Certificates, Series 2007-BR2** all beneficial interest under that certain Deed of Trust dated 11/16/2006 executed by MICHAEL VESPI, UNMARRIED MAN AND PRISCILLA VESPI, UNMARRIED WOMAN AS JOINT TENANTS, as Trustor; to FIDELITY NATIONAL TITLE, as Trustee; and Recorded on 11/29/2006 AS INSTRUMENT# 20061129-0001616 of Official Records in the Office of the County Recorder of Clark County, Nevada, encumbering real property described as follows: PARCEL ONE (1):

LOT THIRTEEN (13) IN BLOCK FIVE (5) OF AMENDED PLAT OF FOOTHILLS COUNTRY CLUB UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 4, AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED MARCH 1, 1995, IN BOOK 950301 AS DOCUMENT NO. 01106, OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. PARCEL TWO (2): NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, DRAINAGE, MAINTENANCE, REPAIRS AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MASTER DECLARATION

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part the real property described therein.

Date: 9/9/09

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

______________________________

**Joyce Nelson** Assistant Secretary

Title Order No. 090219664 Trustee Sale No. 09-21351 Loan No. 0326124088
APN 163-05-711-026

State of California
County of Sacramento

On SEP 1 0 2009 before me, Eric S. Wood, a Notary Public in and for said county, personally appeared Joyce Nelson who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public in and for said County and State

Eric S. Wood

ERIC S. WOOD
COMM. # 1837050
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. FEB 16, 2013

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR2 Mortgage Pass-Through Certificates, Series 2007-BR2
09-77306

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-09-29150-LBR |
| Bella Sposa, LLC | Date: 1/19/2010<br>Time: 1:30 pm |
| | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE OF NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY**

1. On 1/15/10 'I served the following documents(s):

   SUPPLEMENT TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

...

X **a. ECF System**

Leo P. Flangas
leoflangas@yahoo.com
Attorney for Debtor

X **b. United States mail, postage fully prepaid:**

Leo P. Flangas
600 S. 3rd St.
Las Vegas, NV 89101
Attorney for Debtor

Bella Sposa, LLC
8601 Canyon View Drive
Las Vegas, NV 89117
Debtor

Home Eq
Attn: Managing Agent
P O Box 13716
Sacramento, CA 95853-3716
"Via Certified Mail"

Martin Barrett
4035 El Capitan Ave
Las Vegas, NV 89147
"Via Certified Mail"

Canyon Gate Master Assoc
Attn: Managing Agent
8700 W. Sahara Ave
Las Vegas, NV 89117
"Via Certified Mail"

United States Dept Of Justice
Attn: Managing Agent
300 Las Vegas Blvd So #4300
Las Vegas, NV 89101
"Via Certified Mail"

Republic Services
Attn: Managing Agent
P O Box 98508
Las Vegas, NV 89193-8508
"Via Certified Mail"

□ **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

□ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

□ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

□ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

□ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

□ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 15th day of January, 2010.

By: