**LEO P. FLANGAS, ESQ.**
Nevada Bar # 5637
600 S. Third St.
Las Vegas, Nevada  89101
(702) 384-1990
Attorney for Debtor
BELLA SPOSA, LLC.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In the matter of            ]
                            ]   BK NO. 09-29150
BELLA SPOSA, LLC            ]
                            ]   CHAPTER 11
      Debtor-in-possession  ]
_____]

**DISCLOSURE OF PLAN**

COMES NOW, Debtor-in-possession, BELLA SPOSA, LLC., who by and through its attorney, LEO P. FLANGAS, ESQ., files its Disclosure of Plan pursuant to Sec. 1121 (e) and 1123(a) as follows:

|  | **AMT** | **DISPOSITION PROPOSED** |
|---|---|---|
| A. Personal Property |  | None |
| B. Unsecured Claims |  |  |
| 1). US DEPT OF JUSTICE | $325.00 | pay as part of plan |
| 2). Republic Services | $250.00 | pay as part of plan |
| 3). Attorney's fees | unknown | pay as part of plan |
| C. Secured Claims |  |  |
| 1). Martin Barrett | $300,000 | unsecured 2nd mortgage Discharge in plan |
| 2). Deutsche Bank | $1,270,000 | Reduce to value of Collateral in plan ($825,000) |
| 3). Canyon Gate Master | $3000.00 | pay as part of plan |
| 4). Property tax | $19,000 | pay as part of plan |

Dated and done 9th, March 2010.

Respectfully Submitted by:
/s/ LEO P. FLANGAS
**LEO P. FLANGAS, ESQ.**
Nevada Bar # 5637
600 S. Third St.
Las Vegas, Nevada  89101
(702) 384-1990
Attorney for Debtor
BELLA SPOSA,

1